**Withnell MOTOR COMPANY**

**DODGE**
WITHNELL DODGE
2650 Commercial St. S.E.
Salem, OR 97302
503-364-0184

**HYUNDAI**
WITHNELL HYUNDAI
1996 Mission St.
Salem, OR 97302
503-375-0312

38779

**WE OWE**

DEAL NO. 514304

| NAME | CAROL G BENGEL | STK. NO. | L1525 | NEW | YES | USED | |
| ADDRESS | 1556 PARK AVE NE | YEAR | 2012 | MAKE | HYUN | | |
| CITY | SALEM | STATE | | ZIP | | MODEL | SANT |
| PHONE | HOME(503)409-6259 WORK | | VIN NO. | 5XYZGDAB3CG097574 | | | |
| | SALESPERSON BAILEY, CRYSTAL | | | DEL. DATE | 25 MAY 2012 | | |

| QTY | NAME OF ITEM | PART | LABOR |
|---|---|---|---|
| | | | |
| | | | |
| | Running boards installed. $450 INSTALLED | | |
| | | | |
| | | | |
| | | | |

I hereby accept this WE OWE with the understanding that it is valid for only (30) THIRTY DAYS FROM DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.
(FOR APPOINTMENT CALL SERVICE DEPT.)

CUSTOMER *Carol G. Bengel*

NAME *[signature]*
APPROVED  5/25/12
MGR.

Exhibit 3
Page 1