# Affidavit of Process Server

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

CAROL BENGEL vs WITHNELL MOTOR COMPANY; ET AL.    Case Number: 3:14-CV-1181-SI

I RYAN LANCASTER, being first duly sworn, depose and say: that I am over the age of 18 years and not a part to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Party Served: **HYUNDAI MOTOR AMERICA CORPORATION**
BY SERVING: **NATIONAL REGISTERED AGENTS - JAN LAPINID - AGENT**

Documents Served: **SUMMONS IN A CIVIL ACTION**

Served at Place of Business: **818 W 7TH STREET, LOS ANGELES, CA 90017**

Date Served: **9/12/2014**   Time of Service: **1:00 PM**

Description of person served
- Age: 29
- Weight: 140
- Hair: DARK BROWN
- Sex: Female
- Height: 5-6
- Eyes:
- Skin: ASIAN
- Marks:

**Manner of Service:**

☑ **PERSONAL SERVICE:** By personally delivering copies to the person being served.

☐ **SUBSTITUTED SERVICE AT RESIDENCE:** By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

☐ **SUBSTITUTED SERVICE AT BUSINESS:** By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **MAILING:** I also placed a copy of the documents in the mail on from ,

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    Moved, Left no Forwarding    Service Cancelled by Litigant    Unable to serve in a Timely Fashion
Address Does Not Exist    Other:

**MILITARY SERVICE (X)**    Deponent asked the person spoken to whether Defendant was in the active military service of the United States in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothing and no military uniform. The source of Deponent's information and the grounds of Deponent's belief are the conversations and observations above narrated.

▶ _____Ryeland_____
SIGNATURE OF PROCESS SERVER

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 15 day of Sept, 2014 by Ryan Lancaster, proved to me on the basis of satisfactory evidence to be the person(s) before me.

_Beatriz Lancaster_
Signature    (Notary Seal)

BEATRIZ LANCASTER
COMM. #1944923
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. JULY 22, 2015

Order#: 102328/ALLSTATEPROOF

BEATRIS LANCASTER
COMM. #1944052
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. JULY 22, 2015